In the Matter of the Claim of JULIANNE WEBER, Respondent, against ISRAEL BECKAR and BANKERS INDEMNITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant has an award for fifty per cent loss of earning capacity arising from an inoperable ventral abdominal hernia. The evidence sustains the finding that the hernia resulted from the injury of November

21, 1933. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.